**Stern, Lavinthal & Frankenberg, LLC**
105 Eisenhower Parkway, Suite 302
Roseland, New Jersey 07068
Telephone Number (973) 797-1100
Telecopier Number (973) 228-2679
Attorneys for Secured Creditor,
**Nationstar Mortgage LLC d/b/a Mr. Cooper as servicing agent for THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA7**
By: Jeanette F. Frankenberg, Esq.
By: Ashley L. Rose, Esq.

| In Re: **Kevin J. Murphy** Debtor(s). | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY TRENTON VICINAGE

Chapter 13

Case No. 17-22445-KCF

Hearing Date: **09/27/2017** |
|---|---|

**OBJECTION TO DEBTOR'S MOTION FOR APPROVAL TO PARTICIPATE IN THE LOSS MITIGATION PROGRAM**

PLEASE TAKE NOTICE that **Nationstar Mortgage LLC d/b/a Mr. Cooper, as servicing agent for THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA7** ("Secured Creditor"), the holder of a mortgage on real property of the debtor(s), by and through its undersigned attorneys, hereby objects to the Approval of the Loss Mitigation Program on grounds including:

1. Debtor previously applied for a loan modification review and was denied on or about March 15, 2017, because of an insufficient reduction in the monthly payment. A true copy of the March 15, 2017 denial letter is annexed hereto as **Exhibit A.**

2. Furthermore, Debtor re-applied for a loan modification review, and was again denied on or about May 10, 2017, *again* because of an insufficient reduction in the monthly payment amount. A true copy of the May 10, 2017 denial letter is annexed hereto as **Exhibit B.**

3. Debtor now seeks to enter the Court's Loss Mitigation Program, and attempt a third review. However, given the previous two (2) loan modification review denials, based on an unfeasible payment reduction, the result would likely be the same: a denial.

4. There is no indication from the Debtor or his attorney why a third review would result in a successful modification, given that the arrears are approximately 102 payments past due, making a modification not feasible.

5. For the reasons stated above, the Debtors motion for Loss Mitigation through the Bankruptcy Court should be denied.

WHEREFORE, it is respectfully requested that the Court deny the Debtors' Request for Loss Mitigation in its entirety.

I hereby certify that the foregoing statements are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

                                                          Stern, Lavinthal & Frankenberg, LLC
Attorneys for the Secured Creditor,
**Nationstar Mortgage LLC d/b/a Mr. Cooper as servicing agent for THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA7**
/s/ Jeanette F. Frankenberg
/s/ Ashley L. Rose
Jeanette F. Frankenberg, Esq.
Ashley L. Rose, Esq.

Dated: September 11, 2017

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Stern, Lavinthal & Frankenberg, LLC<br>105 Eisenhower Parkway, Suite 302<br>Roseland, New Jersey 07068-0490<br>Telephone Number (973) 797-1100<br>Facsimile Number (973) 228-2679<br>Attorneys for Creditor, Nationstar Mortgage LLC d/b/a Mr. Cooper as a servicing agent for THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA7<br>By: Jeanette F. Frankenberg, Esq.<br>By: Ashley L. Rose, Esq. | Case No.: 17-22445-KCF<br><br>Chapter: 13 |
| In Re:<br><br>Kevin J. Murphy | Adv. No.:<br><br>Hearing Date: September 27, 2017<br><br>Judge: Kathryn C. Ferguson |

## CERTIFICATION OF SERVICE

1. I, _____Alicia Moore_____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for _Stern, Lavinthal & Frankenberg, LLC_, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____September 12, 2017_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    OBJECTION TO DEBTOR'S MOTION FOR APPROVAL TO PARTICIPATE IN THE LOSS MITIGATION PROGRAM

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _September 12, 2017_     /s/ Alicia Moore_____
                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kevin J. Murphy<br>2430 Sycamore Street<br>Manasquan, NJ 08736 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Eugene D. Roth<br>Law Office of Eugene D. Roth<br>Valley Pk. East<br>2520 Hwy 35, Suite 307<br>Manasquan, NJ 08736 | Debtor Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |