Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−22445−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kevin J. Murphy
   2430 Sycamore Street
   Manasquan, NJ 08736

Social Security No.:
   xxx−xx−4410

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/26/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 26, 2017
JAN: slf

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-22445-KCF
Kevin J. Murphy                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin          Page 1 of 2          Date Rcvd: Dec 26, 2017
                         Form ID: 148         Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2017.
```
db              +Kevin J. Murphy,    2430 Sycamore Street,     Manasquan, NJ 08736-1719
cr              +Bank of New York Mellon,    6409 Congress Ave Suite 100,    Boca Raton, FL  33487,
                  UNITED STATES 33487-2853
cr              +Nationstar Mortgage LLC d/b/a Mr. Cooper as a serv,     Stern, Lavinthal & Frankenberg, LLC,
                  105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
516888701       +Atlantic Medical Imaging, LLC,    PO Box 1564,    Indianapolis, IN 46206-1564
517156026       +Deutsche Bank National Trust Company,     co Nationstar Mtg. LLC d/b/a Mr. Cooper,
                  ATTN: Bankruptcy Dept.,    PO Box 619096,    Dallas TX 75261-9096
516888706       +James Arnold DMD,    c/o Surf Othodontics,    28 Union Avenue,    Manasquan, NJ 08736-3647
516888708       +Nationstar Mortgage,    c/o KML Law Group,    430 Mountain Avenue,    Suite 200,
                  New Providence, NJ 07974-2761
517115007       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    c/o Aldridge Pite, LLP,
                  4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
516961970      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,     Department of Treasury,
                  Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
516888709       +Squan Family Dentistry,    c/o Trojan Professional Services,    4410 Cerritos Avenue,
                  Los Alamitos, CA 90720-2549
516888710        State of New Jersey,    Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
517155953       +THE BANK OF NEW YORK MELLON,    c/o Nationstar Mtg., LLC d/b/a Mr. Coope,
                  Attn: Bankruptcy Dept.,    PO Box 619096,    Dallas TX 75261-9096
517156689       +U.S. Bank National Association,    CO Nationstar Mtg. LLC d/b/a Mr. Cooper,
                  Attn: Bankruptcy Dept.,    PO Box 619096,    Dallas, TX 75261-9096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 26 2017 21:48:11      U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 26 2017 21:48:07      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
cr               EDI: IRS.COM Dec 26 2017 21:28:00      United States of America (Internal Revenue Service,
                  U.S. Attorney's Office,    970 Broad Street,   Suite 700,    Newark, NJ  07102-2535
516888700        EDI: GMACFS.COM Dec 26 2017 21:28:00      Ally,   PO Box 380902,    Minneapolis, MN 55438-0902
516981901        EDI: GMACFS.COM Dec 26 2017 21:28:00      Ally Capital,    PO Box 130424,
                  Roseville MN 55113-0004
517135946        EDI: RESURGENT.COM Dec 26 2017 21:33:00      Ashley Funding Services, LLC its successors and,
                  assigns as assignee of Laboratory,    Corporation of America Holdings,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516888702       +EDI: PRA.COM Dec 26 2017 21:28:00      Capital One, N.A.,
                  c/o Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk, VA 23541-0914
516888707       +EDI: TSYS2.COM Dec 26 2017 21:28:00      Macys,    c/o NCO Financial Systems, Inc.,   PO Box 4275,
                  Norcross, GA 30091-4275
517088340        EDI: PRA.COM Dec 26 2017 21:28:00      Portfolio Recovery Associates, LLC,   c/o Capital One,
                  POB 41067,    Norfolk VA 23541
516888711       +E-mail/Text: clerk@townshipofwall.com Dec 26 2017 21:49:09      Township of Wall,
                  Attn: K. Verdolina,    2700 Allaire Road,    Wall, NJ 07719-9570
517151321       +E-mail/Text: clerk@townshipofwall.com Dec 26 2017 21:49:09      Township of Wall,
                  Water/Sewer Department,    PO Box 1168,    Belmar, NJ 07719-1168
                                                                                               TOTAL: 11
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516888703*      +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
516888704*      +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
516888705*      +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Dec 26, 2017
                              Form ID: 148             Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 26, 2017 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK
               as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA7
                dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Eamonn  O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
                eamonn.ohagan@usdoj.gov
              Eugene D. Roth    on behalf of Debtor Kevin J. Murphy erothesq@gmail.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as a
               servicing agent for  THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR FIRST
               HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA7 cmecf@sternlav.com
              Laura M. Egerman    on behalf of Creditor    Bank of New York Mellon bkyecf@rasflaw.com,
                bkyecf@rasflaw.com;legerman@rasnj.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```