| UNITED STATES BANKRUPTCY COURT |
| District of New Jersey |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Albert Russo<br>CN 4853<br>Trenton,  NJ   08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |

**Order Filed on December 26, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

Kevin J. Murphy

Case No.: 17-22445 / KCF

Chapter: 13

Hearing Date: December 13, 2017

Judge:  Kathryn C. Ferguson

### CHAPTER 13 STANDING TRUSTEE PRE-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: December 26, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

*rev. 5/8/17*

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed for:

- failure to file a Modified Plan
- lack of prosecution
- failure to resolve Trustee and/or creditor objection
- Failure to provide updated proof of homeowners insurance with liability coverage.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

The Chapter 13 Standing Trustee may pay the balance of the standard attorney fees to the debtor's counsel in the amount of $1496.25 from available funds on hand received prior to dismissal.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

*rev. 5/8/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 17-22445-KCF
Kevin J. Murphy                                                                     Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Dec 26, 2017
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2017.
db             +Kevin J. Murphy,    2430 Sycamore Street,    Manasquan, NJ 08736-1719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2017                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 26, 2017 at the address(es) listed below:
          Albert Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK
           as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA7
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
           eamonn.ohagan@usdoj.gov
          Eugene D. Roth    on behalf of Debtor Kevin J. Murphy erothesq@gmail.com
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as a
           servicing agent for   THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR FIRST
           HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA7 cmecf@sternlav.com
          Laura M. Egerman    on behalf of Creditor    Bank of New York Mellon bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7